128720
√# 10123

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  TRAUTSCH, LEIGH A          Case No. 09-32353
        TRAUTSCH, ANDREW J

                                    Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Premium Asset Recovery Corp | PO Box 1810<br>Warren, MI 48090 | $1.12 |
| Premium Asset Recovery Corp | PO Box 1810<br>Warren, MI 48090 | $1.05 |
| Premium Asset Recovery Corp | PO Box 1810<br>Warren, MI 48090 | $1.47 |
| Verizon North Inc. | 404 Brock Drive<br>Bloomington, IL 61701 | $4.77 |

Check #10123 for $8.41 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 7/27/10

cc:
Office of the U.S. Trustee